UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZEVONZELL E. SIMS,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>    Respondent. | Case No. CV 15-05484-DOC (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1       IT IS THEREFORE ORDERED that Judgment be entered dismissing
2 this action with prejudice.

4 Dated: December 30, 2015

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge