**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZEVONZELL E. SIMS, | Case No. CV 15-05484-DOC (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: December 30, 2015

*David O. Carter*

DAVID O. CARTER
United States District Judge